No. 1551, Misc. FLORIDA EX REL. WORTHINGTON *v.* CANNON, JUDGE. Sup. Ct. Fla. Certiorari denied. *Hilton R. Carr, Jr.,* and *Herbert A. Warren, Jr.,* for petitioner.

No. 1554, Misc. MAZIQUE *v.* MAZIQUE. C. A. D. C. Cir. Certiorari denied.

No. 1557, Misc. MILLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1558, Misc. GARDNER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Michael R. Stack* for respondent.

No. 1578, Misc. BURKE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1588, Misc. BROWN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 505. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. *v.* OVERSTREET, *ante,* p. 118;
No. 535. UNITED STATES *v.* CATTO ET AL., *ante,* p. 102;
No. 1067. ENGLE *v.* KERNER ET AL., *ante,* p. 30;
No. 1076. BEALL *v.* JEFFERSON, *ante,* p. 907; and
No. 1221, Misc. THOMAS *v.* PATE, WARDEN, 383 U. S. 962. Petitions for rehearing denied.